ACCEPTED
12-15-00198-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/20/2015 3:49:04 PM
CATHY LUSK
CLERK

*efiled 8/20/2015*

| | |
|---|---|
| Appellate Docket Number: | 12-15-00198-CR |
| Appellate Case Style: Style: | Devaugndra Rashad Miller |
| Vs. | State of Texas |

| | |
|---|---|
| Companion Case: | |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

8/20/2015 3:49:04 PM

CATHY S. LUSK
Clerk

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: 12th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| **First Name:** Devaugndra | ☒ Lead Attorney |
| **Middle Name:** Rashad | **First Name:** William |
| **Last Name:** Miller | **Middle Name:** M. |
| **Suffix:** | **Last Name:** House |
| **Appellant Incarcerated?** ☒ Yes ☐ No | **Suffix:** Jr. |
| **Amount of Bond:** | ☒ Appointed   ☐ District/County Attorney |
| **Pro Se:** ◯ | ☐ Retained   ☐ Public Defender |
| | **Firm Name:** Wm. M. House, Jr., P.C. |
| | **Address 1:** PO Box 1486 |
| | **Address 2:** |
| | **City:** Palestine |
| | **State:** Texas   **Zip+4:** 75802-1486 |
| | **Telephone:** 903-723-2077   ext. |
| | **Fax:** 903-723-6323 |
| | **Email:** wmmhousejr@embarqmail.com |
| | **SBN:** 10045000 |
| | Add Another Appellant/ Attorney |

## III. Appellee

First Name: State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated? ☐ Yes ☐ No

Amount of Bond:

Pro Se: ◯

## IV. Appellee Attorney(s)

☒ Lead Attorney

First Name: Scott

Middle Name:

Last Name: Holden

Suffix:

☐ Appointed      ☒ District/County Attorney

☐ Retained      ☐ Public Defender

Firm Name: Anderson County District Attorneys Office

Address 1: 500 N. Church

Address 2: Rm 38

City: Palestine

State: Texas      Zip+4: 75801-2916

Telephone: 903-723-7400      ext.

Fax: 903-723-7803

Email: sholden@co.anderson.tx.us

SBN: 24036795

Add Another Appellee/Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Robbery

Type of Judgment: Jury Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: July 29, 2015

Offense charged: Agg Rbry & Kidnpg, Burg of Hab, Inj w/inten

Date of offense: September 5, 2014

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes ☐ No

Was the trial by: ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: July 31, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: Counts 1/2:14 yrs each; Counts 3/4: 10 yrs ea

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☐ Yes ☒ No   If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☒ No   If yes, date filed:

Other: ☐ Yes ☐ No   If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☒ Yes ☐ No ☐ NA   If yes, date filed:

Date of hearing: ☐ NA

Date of order: ☐ NA

Ruling on motion: ☐ Granted ☐ Denied ☐ NA   If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: 3rd Judicial District Court

County: Anderson

Trial Court Docket Number (Cause no): 31978

Trial Court Judge (who tried or disposed of the case):

First Name: Mark

Middle Name: A.

Last Name: Calhoon

Suffix:

Address 1: 500 N. Church

Address 2: Ste 30

City: Palestine

State: Texas     Zip + 4: 75801-2916

Telephone: 903-723-7415    ext.

Fax: 903-723-7803

Email:

Clerk's Record:

Trial Court Clerk: ☒ District   ☐ County

Was clerk's record requested? ☒ Yes ☐ No

If yes, date requested: Aug 20 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes   ☐ No   ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☒ Yes ☐ No

If yes, date requested: 8/20/2015

Were payment arrangements made with the court reporter/court recorder? ☐ Yes ☐ No ☒ Indigent

---

☒ Court Reporter     ☐ Court Recorder
☐ Official                  ☐ Substitute

First Name: Brandi

Middle Name:

Last Name: Ray

Suffix:

Address 1:

Address 2:

City:

State: Texas     Zip + 4:

Telephone: 903-275-6495    ext.

Fax:

Email: stenobrandi@gmail.com

☐ Court Reporter          ☒ Court Recorder
☐ Official                ☐ Substitute

First Name:

Middle Name:

Last Name:

Suffix:

Address 1:

Address 2:

City:

State: Texas              Zip + 4:

Telephone:                ext.

Fax:

Email:

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number:                              Court:

Style:

    Vs.    State of Texas

## X. Signature

Signature of counsel (or Pro Se Party)          Date: August 20, 2015

*Wm. M. House, Jr., P.C.*
Printed Name:                                    State Bar No: 10045000

Electronic Signature:                            Name: Wm. M. House, Jr. P.C.
    (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on                          .

Signature of counsel (or pro se party)

Electronic Signature:

(Optional)

State Bar No.:

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;

(2) the name and address of each person served, and

(3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served:

Manner Served:

First Name:

Middle Name:

Last Name:

Suffix:

Law Firm Name:

Address 1:

Address 2:

City:

State        Texas                      Zip+4:

Telephone:                    ext.

Fax:

Email: